**Order filed, May 01, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00117-CV
_____

**MEMC PASADENA, INC., Appellant**

**V.**

**RIDDLE POWER, LLC AND TRIAD ELECTRIC AND CONTROLS, INC.,
Appellee**

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2008-11010**

## ORDER

The reporter's record in this case was due **March 11, 2013**. *See* Tex. R. App. P. 35.1. On **March 27, 2013**, this court ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Delicia Struss and Karen DeShetler**, the substitute court reporters, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Delicia Struss and Karen DeShetler** do not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM